UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

In re                                                          Case No. 21−30409
                                                               Chapter 13
Geraldine G Little ,

    Debtor.

## NOTICE OF DEFICIENCY

This notice identifies deficiencies of the petition in the above−referenced case. All documents filed must contain the case number.

**1. Fees**
Petition filing fees to be paid in installments must be accompanied by an application to pay in installments.
- ☐ Chapter 13 Filing Fee ($313)

**2. ☐ Application to Pay Filing Fees in Installments** (Official Form 103A)
Debtor must be an individual and must submit a signed application with the petition for court approval. [Rule 1006(b), Federal Rules of Bankruptcy Procedure]

**3. Debtor's and/or Debtor's Attorney's Information**
- ☐ Debtor's address and/or phone number is missing or incomplete
- ☐ Attorney's address and/or phone number is missing or incomplete
- ☐ Official Form 121, Your Statement About Your Social Security Numbers, is missing (pro se debtors only)

**4. Declarations and Signatures**
This must be submitted within 14 days of filing the petition.
- ☐ Signature of debtor, whether represented by attorney or acting pro se (page 6 of petition, Official Form 101)
- ☐ Debtor's attorney's signature (page 7 of petition, Official Form 101)
- ☐ Additional signature of pro se debtor, (page 8 of petition, Official Form 101)
- ☐ Bankruptcy Petition Preparer's Notice, Declaration and Signature (Official Form 119)
- ☐ Declaration About an Individual Debtor's Schedules (Official Form 106 Declaration)

**5. ☐ Names and Addresses of All Creditors**
This must be submitted within 3 days of filing the petition or your case will be dismissed without further notice.

**6. ☑ Statement of Monthly Income** (Form 122C−1, Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period)
This must be submitted within 14 days of filing the petition. [11 U.S.C. § 521(a)(1)(B)(v) and Rule 1007(b), Federal Rules of Bankruptcy Procedure]

**7.** ☑ **Payment Advices**
This must be submitted within 14 days of filing the petition. Debtor must submit either **(a)** copies of all payment advices or other evidence of payment received by the debtor from any employer of the debtor within 60 days before the date of the filing **or (b)** a statement concerning payment advices. (See local forms.) [11 U.S.C. § 521(a)(1)(B)(iv) and Rule 1007(b), Federal Rules of Bankruptcy Procedure]

**8. Schedules and Other Documents**
This must be submitted within 14 days of filing the petition. [11 U.S.C. § 521(a)(1) and Rule 1007(b) and (c), Federal Rules of Bankruptcy Procedure]

- ☑ 106Sum
- ☑ Schedule A/B
- ☑ Schedule C
- ☑ Schedule D
- ☑ Schedule E/F
- ☑ Schedule G
- ☑ Schedule H
- ☑ Schedule I
- ☑ Schedule J
- ☐ Schedule J–2 (required if you are joint debtors living in separate households)

**9.** ☑ **Statement of Financial Affairs for Individuals Filing for Bankruptcy** (Official Form 107)
This must be submitted within 14 days of filing the petition. [Rule 1007(b) and (c), Federal Rules of Bankruptcy Procedure]

**10.** ☑ **Disclosure of Compensation of Attorney for Debtor** (Form 2030)
This must be submitted within 14 days of filing the petition or by any other date set by the court. [11 U.S.C. § 329 and Rule 2016(b), Federal Rules of Bankruptcy Procedure]

**11.** ☐ **Disclosure of Compensation of Bankruptcy Petition Preparer** (Form 2800)
This must be filed with the petition if a bankruptcy petition preparer prepares the petition. [11 U.S.C. § 110(h)(2)]

**12.** ☑ **Chapter 13 Plan**
This must be submitted within 14 days of filing the petition. [Rule 3015, Federal Rules of Bankruptcy Procedure]

**13.** ☐ **Certificate of Credit Counseling**
This must be submitted within 14 days of filing the petition or your case will be dismissed without further notice.

**14.** ☐ **Documents are not legible**

**15.** ☐ **Other:**

Dated March 8, 2021

Juan–Carlos Guerrero
Clerk of Court

United States Bankruptcy Court
Middle District of Alabama

In re:                                                           Case No. 21-30409-WRS
Geraldine G Little                            Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 1127-2                                  User: admin                                  Page 1 of 1
Date Rcvd: Mar 08, 2021                       Form ID: ndef13                            Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**
+              Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 10, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Geraldine G Little, 365 Polk St, Montgomery, AL 36107-2343 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 10, 2021                                      Signature:              /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 8, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Bankruptcy Administrator | ba@almb.uscourts.gov |
| Sabrina L. McKinney | trustees_office@ch13mdal.com |
| Sandra H. Lewis | on behalf of Debtor Geraldine G Little atty1396@bellsouth.net lewislaw2@bellsouth.net;sandralew@bellsouth.net |

TOTAL: 3